

| | |
|---|---|
| 1 | ROSS, DIXON & BELL, LLP |
| 2 | Terrence R. McInnis (#155416)<br> tmcinnis@rdblaw.com |
| 3 | Kim S. Orbeck (#194105)<br> korbeck@rdblaw.com |
| 4 | 5 Park Plaza, Suite 1200<br>Irvine, CA  92614-8592 |
| 5 | Telephone:  (949) 622-2700<br>Facsimile:  (949) 622-2739 |
| 6 | *Attorneys for Third-Party Defendant Executive Risk Indemnity Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENESIS INSURANCE COMPANY,<br><br>       Plaintiff and Counterdefendant,<br><br>v.<br><br>MAGMA DESIGN AUTOMATION, INC.,<br><br>       Defendant and Counterclaimant. | Case No. C06 5526 JW<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MAGMA DESIGN AUTOMATION, INC'S THIRD-PARTY COMPLAINT FOR DECLARATORY RELIEF** |
| MAGMA DESIGN AUTOMATION, INC.,<br><br>       Defendant, Counterclaimant, and Third-Party Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA., a Pennsylvania Corporation, and EXECUTIVE RISK INDEMNITY INC., a Delaware Corporation,<br><br>       Third-Party Defendants. | |

Pursuant to local Rule 6.1, Defendant, Counterclaimant and Third-Party Plaintiff, Magma Design Automation, Inc., and Third-Party Defendant, Executive Risk Indemnity Inc., by and through their respective counsel, hereby stipulate that the time for Executive Risk Indemnity Inc. to reply or otherwise respond to the Third-Party Complaint of Magma Design Automation, Inc. in

/ / /

844134 v 1                                                                                                  STIPULATION TO EXTEND TIME

1 | this action has been extended to December 5, 2006.

2 | Respectfully submitted,

3 | Dated: November 16, 2006    ROSS, DIXON & BELL, LLP

By: /s/
Terrence R. McInnis
Kim S. Orbeck
*Attorneys for Third-Party Defendant Executive Risk Indemnity Inc.*

9 | Dated: November 15, 2006    FARELLA BRAUN & MARTEL LLP

By: /s/
Katina Ancar
*Attorneys for Defendant, Counterclaimant, and Third-Party Plaintiff Magma Design Automation, Inc.*

ROSS, DIXON & BELL, LLP
5 PARK PLAZA, SUITE 1200
IRVINE, CA 92614-8592

844134 v 1                - 2 -                STIPULATION TO EXTEND TIME