LEWIS BRISBOIS BISGAARD & SMITH LLP
Glenn A. Friedman, Esq.     SBN104442
    friedman@lbbslaw.com
Paul A. Desrochers, Esq.     SBN214855
    desrochers@lbbslaw.com
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Third-Party Defendant
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURG, PA.

**GRANTED**
*[signature]*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENESIS INSURANCE COMPANY,<br><br>       Plaintiff and Counterdefendant,<br><br>v.<br><br>MAGMA DESIGN AUTOMATION, INC.,<br><br>       Defendant and Counterclaimant.<br><br>MAGMA DESIGN AUTOMATION, INC.,<br><br>       Third-Party Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA, a Pennsylvania Corporation, and EXECUTIVE RISK INDEMNITY INC., a Delaware Corporation,<br><br>       Third-Party Defendants. | CASE NO. C06 5526 JW<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO MAGMA DESIGN AUTOMATION, INC.'S THIRD-PARTY COMPLAINT PURSUANT TO LOCAL RULE 6.1** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that the time in which Third-Party Defendant National Union Fire Insurance Company of Pittsburg, PA may answer, move, or otherwise respond to MAGMA DESIGN AUTOMATION, INC.'s Third-Party Complaint is hereby extended to **December 5, 2006** pursuant to Local Rule 6.1.

**IT IS FURTHER STIPULATED AND AGREED,** that fax signatures are sufficient for purposes of filing this stipulation.

DATED: November 17, 2006　　　　LEWIS, BRISBOIS BISGAARD & SMITH LLP

By: _____
　　GLENN A. FRIEDMAN, ESQ.
　　Attorneys for Third-Party Defendant
　　NATIONAL UNION FIRE INSURANCE
　　COMPANY OF PITTSBURG, PA

DATED: November 17, 2006　　　　FARELLA BRAUN & MARTELL LLP

By: _____
　　KATINA ANCAR, ESQ.
　　Attorneys for Defendant, Counterclaimant and
　　Third-Party Plaintiff
　　MAGMA DESIGN AUTOMATION, INC.

| | |
|---|---|
| 1  **IT IS FURTHER STIPULATED AND AGREED,** that fax signatures are sufficient for | |
| 2  purposes of filing this stipulation. | |
| 3 | |
| 4  DATED: November 17, 2006 | LEWIS, BRISBOIS BISGAARD & SMITH LLP |
| 5 | |
| 6 | By:_____ |
| 7 | GLENN A. FRIEDMAN, ESQ.<br>Attorneys for Third-Party Defendant |
| 8 | NATIONAL UNION FIRE INSURANCE |
| 9 | COMPANY OF PITTSBURG, PA |
| 10 | |
| 11  DATED: November 17, 2006 | FARELLA BRAUN & MARTELL LLP |
| 12 | |
| 13 | By: _/s/ Katina Ancar_____ |
| 14 | KATINA ANCAR, ESQ.<br>Attorneys for Defendant, Counterclaimant and |
| 15 | Third-Party Plaintiff<br>MAGMA DESIGN AUTOMATION, INC. |

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

4814-8298-5473.1

2

STIPULATION EXTENDING TIME TO RESPOND TO THIRD-PARTY COMPLAINT