THOMPSON, LOSS & JUDGE, LLP
LEWIS K. LOSS (admitted pro hac vice)
JEREMY S. SIMON (admitted pro hac vice)
Two Lafayette Centre
1133 21st Street, N.W., Suite 450
Washington, D.C. 20036
Telephone: (202) 778-4060
Facsimile: (202) 778-4099
E-mail: lloss@tljlaw.com and jsimon@tljlaw.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
ROBERT J. STUMPF, JR., Cal. Bar No. 72851
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
E-mail: rstumpf@sheppardmullin.com

Attorneys for Plaintiff and Counterclaim Defendant
Genesis Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Genesis Insurance Company,<br><br>      Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>Magma Design Automation, Inc.,<br><br>      Defendant and Counterclaimant, | Case No. 06-5526 JW<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| Magma Design Automation, Inc.<br><br>      Counterclaimant and Third-Party Plaintiff,<br><br>v.<br><br>National Union Fire Insurance Company of Pittsburgh, PA and Executive Risk Indemnity, Inc.,<br><br>      Third-Party Defendants, | |

Executive Risk Indemnity, Inc.

    Counterclaimant,

v.

Magma Design Automation, Inc.

    Counterclaim Defendant.

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

1. The parties agree to participate in private mediation, to the extent needed, following the resolution of an initial round of dispositive motions that the parties are contemplating.

2. The mediation provider will be determined at a later date.

Undersigned counsel for Genesis hereby attests that counsel has on file all holograph signatures for any signatures indicated by a conformed signature (/s/) within this efiled document.

Dated: December 18, 2006

    SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

    By    /s/ Robert J. Stumpf, Jr.

|   |   |
|---|---|
| 1 | ROBERT J. STUMPF, JR. (Cal. Bar No. 72851) |
| 2 | Four Embarcadero Center, 17th Floor |
|   | San Francisco, CA 94111 |
| 3 | Telephone: (415) 434-9100 |
|   | Facsimile: (415) 434-3947 |
| 4 | E-mail: rstumpf@sheppardmullin.com |

ROBERT J. STUMPF, JR. (Cal. Bar No. 72851)
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
E-mail: rstumpf@sheppardmullin.com

AND

THOMPSON, LOSS & JUDGE, LLP
LEWIS K. LOSS (admitted pro hac vice)
JEREMY S. SIMON (admitted pro hac vice)
Two Lafayette Centre
1133 21st Street, N.W., Suite 450
Washington, D.C. 20036
Telephone: (202) 778-4060
Facsimile: (202) 778-4099
E-mail: lloss@tljlaw.com and jsimon@tljlaw.com

Attorneys for Plaintiff and Counterclaim Defendant
Genesis Insurance Company

Dated: December 18, 2006

ROSS, DIXON & BELL, LLP

By  /s/ Terrence R. McInnis
TERRENCE R. MCINNIS (Cal. Bar No. 155416)
KIM S. ORBECK (Cal. Bar No. 194105)
5 Park Plaza, Suite 1200
Irvine, CA 92614-8592
Telephone: (949) 622-2700
Facsimile: (949) 622-2739
E-mail: tmcinnis@rdblaw.com
E-mail: korbeck@rdblaw.com

Attorneys for Third Party Defendant and
Counterclaimant Executive Risk Indemnity, Inc.

Dated: December 18, 2006

FARELLA BRAUN & MARTEL LLP

By  /s/ Katina Ancar

-3-

W02-WEST:FRO\400124102.1
Case No. 06-5526

Stipulation and [Proposed] Order Selecting ADR Process

|  |  |
|---|---|
| 1 | KATINA ANCAR (Cal. Bar No. 207950) |
| 2 | 235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104 |
| 3 | Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480 |
| 4 | E-mail: kancar@fbm.com |

Attorneys for Defendant, Counterclaimant and Third Party Claimant Magma Design Automation, Inc.

Dated: December 18, 2006

LEWIS BRISBOIS BISGAARD & SMITH LLP

By     /s/ Glenn A. Friedman
GLENN A. FRIEDMAN (Cal. Bar No. 104442)
PAUL A. DESROCHERS (Cal. Bar No. 214855)
One Sansome Street, Ste. 1400
San Francisco, CA 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882
E-mail: friedman@lbbslaw.com
E-mail: desrochers@lbbslaw.com

Attorneys for Third Party Defendant National Union Fire Insurance Company of Pittsburg, PA

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to private mediation. The ADR session will be held, if needed, following resolution of the parties' initial round of dispositive motions.

IT IS SO ORDERED.

Dated: Dec. 19, 2006

/s/ James Ware
United States District Judge