IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Genesis Insurance Company, | NO. C 06-05526 JW |
|     Plaintiff,<br>   v. | **ORDER CONTINUING HEARING AND CASE MANAGEMENT CONFERENCE** |
| Magma Design Automation, Inc., et al., | |
|     Defendants. | |

On the Court's own motion, the hearing on Defendant's Magma Design Automation MOTION TO STAY INSURANCE COVERAGE ACTION PENDING RESOLUTION OF UNDERLYING ACTIONS presently set for January 29, 2007 is continued to **February 5, 2007 at 9 a.m.**

The case management conference currently set for January 8, 2007 is continued to **February 5, 2007 at 10 a.m.** to coincide with the hearing on the motion.

Plaintiff's motion to appear telephonically for the January 8, 2007 conference is denied as moot.

Dated: December 27, 2006

                                            JAMES WARE
                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Jeremy Scott Simon jsimon@tljlaw.com
Katina Ancar kancar@fbm.com
Kim Suzanne Orbeck courtir@rdblaw.com
Lee Steven Walton Cobb lcobb@sheppardmullin.com
Lewis Kleiman Loss lloss@tljlaw.com
Robert J. Stumpf rstumpf@smrh.com
Terrence R. McInnis courtir@rdblaw.com

Dated:  December 27, 2006                                    Richard W. Wieking, Clerk

                                                              **By:   /s/ JW Chambers**
                                                                  **Elizabeth Garcia**
                                                                 **Courtroom Deputy**

**United States District Court**
For the Northern District of California