IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Genesis Insurance Company,<br><br>      Plaintiff,<br>  v.<br><br>Magna Design Automation, Inc., et al.,<br><br>      Defendants. | NO. C 06-05526 JW<br><br>**ORDER CONTINUING HEARING BASED ON UNAVAILABILITY OF CHAMBERS COPIES** |

     Pursuant to General Order No. 45, the parties are required to lodge Chambers' copies with the Clerk's Office of all documents filed electronically.  The Court has not received Chambers' copies of the following documents that were filed electronically: (1) Declaration of Katrina Ancar in Support of Motion to Stay, Docket Item No. 34; (2) Reply to Motion to Stay, Docket Item No. 42; (3) Reply to Opposition re: Motion to Stay, Docket Item No. 43.  Accordingly, the hearing on this matter is rescheduled from February 5, 2007 to **February 12, 2007 at 9 AM**.  Defendant Magna Design Automation, Inc. shall lodge Chambers' copies of the above-named documents by **Monday, January 29, 2007** with the Clerk's Office.

Dated:  January 25, 2007

                                                    JAMES WARE<br>                                                    United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Glenn A. Friedman friedman@lbbslaw.com
Jeremy Scott Simon jsimon@tljlaw.com
John D. Green jgreen@fbm.com
Katina Ancar kancar@fbm.com
Kim Suzanne Orbeck courtir@rdblaw.com
Lee Steven Walton Cobb lcobb@sheppardmullin.com
Lewis Kleiman Loss lloss@tljlaw.com
Paul Andre Desrochers desrochers@lbbslaw.com
Robert J. Stumpf rstumpf@smrh.com
Robert J. Stumpf rstumpf@smrh.com
Terrence R. McInnis courtir@rdblaw.com

**Dated: January 25, 2007**                **Richard W. Wieking, Clerk**


**By:  /s/ JW Chambers**
        **Elizabeth Garcia**
        **Courtroom Deputy**

**United States District Court**
For the Northern District of California