United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Genesis Insurance Company, | NO. C 06-05526 JW |
|     Plaintiff/Counterclaim Defendant, | **ORDER LIFTING STAY; SETTING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTION** |
| v. | |
| Magma Design Automation, Inc., | |
|     Defendant/Counterclaimant, | |

Magma Design Automation, Inc.,

    Counterclaimant/Third-Party Plaintiff,

v.

National Union Fire Insurance Company of Pittsburgh, PA and Executive Risk Indemnity, Inc.,

    Third-Party Defendants,

Executive Risk Indemnity, Inc.,

    Counterclaimant,

v.

Magma Design Automation, Inc.,

    Counterclaim Defendant.
_____/

On February 20, 2007, the Court stayed this action and set the following procedure for lifting the stay: any party could seek leave to file an early motion for summary judgment by (1) lodging copies of its proposed motion with the Court and the other parties and (2) requesting the Court for a case management conference to discuss whether the Court should lift the stay and hear its motion. Genesis complied with this procedure. The Court conducted a case management conference on April 9, 2007, concerning Genesis' proposed motion for summary judgment. Based on the letters submitted by the parties to the Court and the parties' oral arguments at the hearing, the Court now lifts the stay and orders the parties to brief the following issues:

1. Whether, under California duty-to-defend law, an insurer is held to be on "inquiry notice" or "constructive notice" of the information it might have learned if it conducted a "reasonable investigation" of its insured, once the insured provided it with a notice of circumstances.

2. What the relevance is, if any, of the "related claims" provision of the ERII policy, Section 13(g), for determining the date on which each of Magma's claims should be deemed "first made."

Any party that wishes to take a position on these issues shall file a brief with the Court by **June 18, 2007**. Any party wishing to file a reply brief shall do so by **July 9, 2007**. The Court will conduct a hearing on **July 23, 2007 at 9 AM**.

Dated: May 4, 2007

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Glenn A. Friedman friedman@lbbslaw.com
Jeremy Scott Simon jsimon@tljlaw.com
John D. Green jgreen@fbm.com
Katina Ancar kancar@fbm.com
Kim Suzanne Orbeck courtir@rdblaw.com
Lewis Kleiman Loss lloss@tljlaw.com
Paul Andre Desrochers desrochers@lbbslaw.com
Robert J. Stumpf rstumpf@smrh.com
Robert J. Stumpf rstumpf@smrh.com
Terrence R. McInnis courtir@rdblaw.com

**Dated:  May 4, 2007**                              **Richard W. Wieking, Clerk**

                                                     **By:  /s/ JW Chambers**
                                                           **Elizabeth Garcia**
                                                           **Courtroom Deputy**