THOMPSON, LOSS & JUDGE, LLP
LEWIS K. LOSS (admitted pro hac vice)
JEREMY S. SIMON (admitted pro hac vice)
Two Lafayette Centre
1133 21st Street, N.W., Suite 450
Washington, D.C. 20036
Telephone: (202) 778-4060
Facsimile:  (202) 778-4099
E-mail: lloss@tljlaw.com and jsimon@tljlaw.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
ROBERT J. STUMPF, JR., Cal. Bar No. 72851
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
Telephone: (415) 434-9100
Facsimile:  (415) 434-3947
E-mail: rstumpf@sheppardmullin.com

Attorneys for Plaintiff and Counterclaim Defendant
Genesis Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Genesis Insurance Company,<br><br>　　　　Plaintiff and Counterclaim Defendant,<br><br>　　v.<br><br>Magma Design Automation, Inc.,<br><br>　　　　Defendant and Counterclaimant, | Case No. 06-5526 JW<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT OF MAGMA DESIGN AUTOMATION, INC.** |
| Magma Design Automation, Inc.<br><br>　　　　Counterclaimant and Third-Party Plaintiff,<br><br>　　v.<br><br>National Union Fire Insurance Company of Pittsburgh, PA and Executive Risk Indemnity, Inc.,<br><br>　　　　Third-Party Defendants, | |

1

Executive Risk Indemnity, Inc.

    Counterclaimant,

v.

Magma Design Automation, Inc.

    Counterclaim Defendant.

Pursuant to Local Rule 6.2, Plaintiff and Counterclaim Defendant, Genesis Insurance Company ("Genesis"), and Defendant and Counterclaimant, Magma Design Automation, Inc. ("Magma"), by and through their respective counsel, and for reasons set forth more fully in the accompanying declaration of Jeremy S. Simon, hereby stipulate that the time for Genesis to respond to Magma's Motion for Partial Summary Judgment, filed on June 18, 2007, has been extended from July 2, 2007 to and including July 9, 2007.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

                                   /s/ Robert J. Stumpf, Jr.

2

CASE NO. 06-5526: STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT OF MAGMA DESIGN AUTOMATION, INC.

Respectfully submitted,

Dated: June 26, 2007

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By    /s/ Robert J. Stumpf, Jr.
ROBERT J. STUMPF, JR. (Cal. Bar No. 72851)
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
E-mail: rstumpf@sheppardmullin.com

AND

THOMPSON, LOSS & JUDGE, LLP
LEWIS K. LOSS (admitted pro hac vice)
JEREMY S. SIMON (admitted pro hac vice)
Two Lafayette Centre
1133 21st Street, N.W., Suite 450
Washington, D.C. 20036
Telephone: (202) 778-4060
Facsimile: (202) 778-4099
E-mail: lloss@tljlaw.com and jsimon@tljlaw.com

Attorneys for Plaintiff and Counterclaim Defendant Genesis Insurance Company


FARELLA BRAUN & MARTEL LLP


By    /s/ John D. Green
JOHN D. GREEN (Cal. Bar No. 121498)
KATINA ANCAR (Cal. Bar No. 207950)
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
E-mail: jgreen@fbm.com
        kancar@fbm.com

Attorneys for Defendant, Counterclaimant and Third Party Claimant Magma Design Automation, Inc.

3

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

3   Dated: _June 27 2007_    _____
                             United States District Judge

4

4

CASE NO. 06-5526: STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR PARTIAL
SUMMARY JUDGMENT OF MAGMA DESIGN AUTOMATION, INC.