1  GLENN A. FRIEDMAN, Esq. (SBN104442)
   friedman@lbbslaw.com
2  PAUL A. DESROCHERS, Esq. (SBN214855)
   desrochers@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   One Sansome Street, Suite 1400
4  San Francisco, California 94104
   Telephone: (415) 362-2580
5  Facsimile: (415) 434-0882

6  Attorneys for Third-Party Defendant
   NATIONAL UNION FIRE INSURANCE COMPANY
7  OF PITTSBURGH, PA.

GRANTED
/s/ James Ware
Judge James Ware
7/6/2007

8                UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11 | GENESIS INSURANCE COMPANY,              ) CASE NO. C06 5526 JW
                                             )
12 |     Plaintiff and Counterclaim Defendant,) **STIPULATION FOR EXTENSION OF**
                                             ) **TIME TO SUBMIT REPLY BRIEFS**
13 |     v.                                  ) **REGARDING COURT-DESIGNATED**
                                             ) **ISSUES OR RESPOND TO MOTION FOR**
14 | MAGMA DESIGN AUTOMATION, INC.,          ) **PARTIAL SUMMARY JUDGMENT**
                                             )
15 |     Defendant and Counter-Claimant.     ) Date:  August 13, 2007
                                             ) Time:  9:00 a.m.
16 |_____) Judge: Hon. James Ware
   | MAGMA DESIGN AUTOMATION, INC.,          ) Dept.: 8
17 |                                         )
   |     Third-Party Plaintiff,              )
18 |                                         )
   |     v.                                  )
19 |                                         )
   | NATIONAL UNION FIRE INSURANCE           )
20 | COMPANY OF PITTSBURGH, PA,              )
   | a Pennsylvania Corporation, and         )
21 | EXECUTIVE RISK INDEMNITY INC.,          )
   | a Delaware Corporation,                 )
22 |                                         )
   |     Third-Party Defendants.             )
23 |_____)
                                             )
24 | EXECUTIVE RISK INDEMNITY INC.,          )
                                             )
25 |     Counterclaimant,                    )
                                             )
26 |     v.                                  )
                                             )
27 | MAGMA DESIGN AUTOMATION, INC.           )
                                             )
28 |     Counterclaim Defendant.             )
                                             )

4832-3105-1777.1
C06 5526:  STIPULATION FOR EXTENSION OF TIME TO SUBMIT REPLY BRIEFS

Pursuant to Local Rule 6.2, Third-Party Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"); Plaintiff and Counterclaim Defendant, Genesis Insurance Company ("Genesis"); Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant Magma Design Automation, Inc. ("Magma"); and Third-Party Defendant and Counterclaimant Executive Risk Indemnity Inc. ("ERII"), by and through their respective counsel, and for reasons set forth in the accompanying Declaration of Paul A. Desrochers, hereby stipulate that the time for any party to submit reply briefs, if any, in response to the issues set forth in the Court's May 4, 2007 Order, as well as to respond to Magma's Motion for Partial Summary Judgment filed on June 18, 2007, has been extended from July 9, 2007 to and including July 16, 2007.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

/s/
Glenn A. Friedman

Respectfully Submitted,

Dated: July 6, 2007               LEWIS, BRISBOIS BISGAARD & SMITH LLP


By:    /s/
       GLENN A. FRIEDMAN
       PAUL A. DESROCHERS
       Attorneys for Third-Party Defendant
       NATIONAL UNION FIRE INSURANCE
       COMPANY OF PITTSBURGH, PA

Dated: July 6, 2007               SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP


By:    /s/
       ROBERT J. STUMPF, JR.

       AND

THOMPSON, LOSS & JUDGE, LLP
JEREMY S. SIMON (admitted pro hac vice)

Attorneys for Plaintiff/Counterclaim Defendant
GENESIS INSURANCE COMPANY

| | | |
|---|---|---|
| 1 | Dated: July 6, 2007 | FARELLA BRAUN & MARTEL, LLP |
| 2 | | |
| 3 | | By:  /s/ |
| 4 | | JOHN D. GREEN<br>KATINA ANCAR |
| 5 | | Attorneys for Defendant, Counterclaimant, Third-Party Plaintiff and Counterclaim Defendant |
| 6 | | MAGMA DESIGN AUTOMATION, INC. |
| 7 | Dated: July 6, 2007 | ROSS, DIXON & BELL, LLP |
| 8 | | |
| 9 | | By:  /s/ |
| 10 | | TERRENCE R. McINNIS<br>KIM S. ORBECK |
| 11 | | Attorneys for Third-Party Defendant and Third-Party Counterclaimant |
| | | EXECUTIVE RISK INDEMNITY INC. |

PURSUANT TO THE PARTIES STIPULATION, IT IS SO ORDERED.

Dated: _July 6_, 2007

_[signature: James Ware]_
United States District Judge