**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Genesis Insurance Company, | NO. C 06-05526 JW |
| Plaintiff, | **ORDER CONTINUING STATUS CONFERENCE** |
| v. | |
| Magma Design Automation, Inc., et al, | |
| Defendants. | |

This case is presently scheduled for a Status Conference on November 5, 2007. However, in light of the representations of the parties concerning ongoing settlement negotiations with respect to the underlying action, the Court continues the conference to **December 17, 2007 at 10:00 A.M.**. Pursuant to the Civil Local Rules of Court, the parties shall meet and confer and file a Joint Statement by **December 7, 2007**, which shall update the Court on the status of the settlement negotiations in the underlying action and the putative trial set for December 3.

Dated: November 1, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Glenn A. Friedman friedman@lbbslaw.com
Jeremy Scott Simon jsimon@tljlaw.com
John D. Green jgreen@fbm.com
Katina Ancar kancar@fbm.com
Kim Suzanne Orbeck courtir@rdblaw.com
Lewis Kleiman Loss lloss@tljlaw.com
Paul Andre Desrochers desrochers@lbbslaw.com
Robert John Stumpf rstumpf@smrh.com
Terrence Reilly McInnis courtir@rdblaw.com

Dated:  November 1, 2007         Richard W. Wieking, Clerk

                                 By:   /s/ JW Chambers
                                       **Elizabeth Garcia**
                                       **Courtroom Deputy**