IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Genesis Insurance Company,<br><br>       Plaintiff,<br>  v.<br><br>Magma Design Automation, Inc., et al.,<br><br>       Defendants.<br>_____/ | NO. C 06-05526 JW<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE; ORDER LIFTING STAY AND SETTING BRIEFING SCHEDULE** |

The Court conducted a Case Management Conference on **December 17, 2007**. Counsel for the respective parties were present. Based on the discussion with the parties, the Court orders as follows:

(1) The stay on the case is lifted.

(2) On or before **January 15, 2008**, Genesis Insurance Company ("Genesis") shall file its motion for summary judgment. The Court specially sets a hearing on Genesis' motion for **March 7, 2008 at 9 a.m.**

(3) On or before **January 31, 2008**, the parties shall notify the Court as to whether discovery is necessary in light of Genesis' motion for summary judgment. The Court sets a hearing on the issue of allowing limited discovery to proceed for **February 11, 2008 at 9 a.m.** This hearing will be vacated if the Court finds that it can decide the issue on the papers.

Dated: December 20, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Glenn A. Friedman friedman@lbbslaw.com
Jeremy Scott Simon jsimon@tljlaw.com
John D. Green jgreen@fbm.com
Katina Ancar kancar@fbm.com
Kim Suzanne Orbeck courtir@rdblaw.com
Lewis Kleiman Loss lloss@tljlaw.com
Paul Andre Desrochers desrochers@lbbslaw.com
Robert John Stumpf rstumpf@smrh.com
Terrence Reilly McInnis courtir@rdblaw.com

**Dated: December 20, 2007**          **Richard W. Wieking, Clerk**

                                            **By:  /s/ JW Chambers**
                                                   **Elizabeth Garcia**
                                                   **Courtroom Deputy**