John D. Green (State Bar No. 121498)
Katina Ancar (State Bar No. 207950)
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
jgreen@fbm.com
kancar@fbm.com

Attorneys for Defendant, Counterclaimant and
Third-Party Plaintiff
MAGMA DESIGN AUTOMATION, INC.

IT IS SO ORDERED AS MODIFIED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENESIS INSURANCE COMPANY,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>MAGMA DESIGN AUTOMATION, INC.,<br><br>Defendant and Counterclaimant. | Case No. 5:06-cv-05526-JW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE OPPOSITIONS AND CONTINUING SCHEDULED HEARING ON MOTIONS FOR PARTIAL SUMMARY JUDGMENT** |
| MAGMA DESIGN AUTOMATION, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>NATIONAL UNION INSURANCE COMPANY OF PITTSBURG, PA., a Pennsylvania Corporation, and EXECUTIVE RISK INDEMNITY INC., a Delaware corporation,<br><br>Third-Party Defendants. | |
| EXECUTIVE RISK INDEMNITY INC.,<br><br>Third-Party Counterclaimant,<br><br>v.<br><br>MAGMA DESIGN AUTOMATION, INC.,<br><br>Third-Party Counter-Defendant. | |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
CASE NO. 5:06-cv-05526-JW

16878\1456904.2

| | |
|---|---|
| 1 | WHEREAS Genesis Insurance Company ("Genesis") filed a motion for partial summary judgment on January 15, 2008 pursuant to the Court's Order of December 20, 2007, which, pursuant to the referenced order was specially set for hearing on March 7, 2008 (the "Genesis Motion"); |

WHEREAS Genesis Insurance Company ("Genesis") filed a motion for partial summary judgment on January 15, 2008 pursuant to the Court's Order of December 20, 2007, which, pursuant to the referenced order was specially set for hearing on March 7, 2008 (the "Genesis Motion");

WHEREAS National Union Fire Insurance Company of Pittsburg, Pa. ("National Union") filed a motion for partial summary judgment on February 1, 2008 that also was noticed for the March 7, 2008 hearing date (the "National Union Motion");

WHEREAS the Court, *sua sponte*, continued the hearing on the Genesis Motion and the National Union Motion (collectively, the "Motions") to March 14, 2008;

WHEREAS Magma Design Automation, Inc. ("Magma") has requested an extension of time to file its oppositions to the Motions in order to permit sufficient time to respond adequately;

WHEREAS the parties (Magma, Genesis, National Union, and Executive Risk Indemnity Incorporated) do not object to the requested extension of time provided the extension applies equally to all parties; and

WHEREAS Genesis, although willing to accommodate the requested extension, continues to request that the Genesis Motion be heard by the Court as promptly as the Court's schedule allows,

IT IS HEREBY STIPULATED by the parties hereto through their attorneys of record that:

1. The time for any party to file an opposition to the Genesis Motion and National Union Motion shall be extended from February 22, 2008 to and including March 7, 2008, with the deadline for reply briefs extended from February 29, 2008 to and including March 14, 2008.

2. The date and time for hearing on the Genesis Motion and National Union Motion shall be continued from March 14, 2008 at 9:00 a.m. to a specially-set date and time convenient to the Court's schedule (counsel for Genesis advises that it is unavailable to attend a specially-set hearing on March 24, 2008 and National Union advises that it is unavailable to attend a specially-set hearing from March 27, 2008 through April 4, 2008, but no other scheduling difficulties are anticipated).

///

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

**IT IS SO STIPULATED.**

Dated: February 21, 2008　　　　　　　　　　FARELLA BRAUN & MARTEL LLP

By: /s/ John D. Green
　　John D. Green

Attorneys for Defendant, Counterclaimant
and Third-Party Plaintiff
MAGMA DESIGN AUTOMATION, INC.

Dated: February 21, 2008　　　　　　　　　　THOMPSON, LOSS & JUDGE, LLP

By:_____
　　Jeremy S. Simon

Attorneys for Plaintiff and Counterclaim
Defendant
GENESIS INSURANCE COMPANY

Dated: February 21, 2008　　　　　　　　　　LEWIS BRISBOIS BISGAARD & SMITH LLP

By:_____
　　Glenn A. Friedman

Attorneys for Third-Party Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.

Dated: February 21, 2008　　　　　　　　　　ROSS, DIXON & BELL, LLP

By:_____
　　Kim S. Orbeck

Attorneys for Third-Party Defendant and
Third-Party Counterclaimant
EXECUTIVE RISK INDEMNITY INC.

///

///

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
CASE NO. 5:06-cv-05526-JW

- 2 -

16878\1456904.2

\*\*\* **ORDER PURSUANT TO STIPULATON** \*\*\*

For good cause appearing, the Court GRANTS the parties' Stipulation and VACATES the hearing currently set for March 14, 2008.

The Court specially sets the hearing on the Genesis and National Union Motions for **April 11, 2008 at 10 A.M.**

**IT IS SO ORDERED.**

The parties may not further Stipulate to a different briefing schedule or hearing date.

DATED: February 22, 2008

_____
Hon. James Ware
United States District Court Judge

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
CASE NO. 5:06-cv-05526-JW

- 3 -

16878\1456904.2