UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Genesis Insurance Company,

Plaintiff and Counterclaim Defendant,

v.

Magma Design Automation, Inc.,

Defendant and Counterclaimant,

Magma Design Automation, Inc.

Counterclaimant and Third-Party Plaintiff,

v.

National Union Fire Insurance Company of Pittsburgh, PA and Executive Risk Indemnity Inc.,

Third-Party Defendants,

Case No. 06-5526 JW

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

| Executive Risk Indemnity Inc.<br>Third-Party Counterclaimant,<br>v.<br>Magma Design Automation, Inc.<br>Third-Party Counter-Defendant. |
|---|

In light of the representations made by the parties in their Joint Case Management Statement, Court vacates the Case Management Conference presently scheduled for September 22, 2008. The Court will review the competing judgments proposed by the parties and will issue a final judgment in due course.

Dated: September 17, 2008

JAMES WARE
United States District Judge

Third-Party Defendant Executive Risk Indemnity's Motion to Appear by Telephone is DENIED as moot. (Docket Item No. 114.)