IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Genesis Insurance Co., | NO. C 06-05526 JW |
| Plaintiff, | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Magma Design Automation, Inc., et al., | |
| Defendants. | |

In light of the Ninth Circuit Court of Appeals' remand (Docket Item No. 139), the Court sets a Case Management Conference for **August 23, 2010 at 10 a.m.** On or before **August 13, 2010,** the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, the parties' position with respect to the next stage of the litigation in light of the remand, and a proposed schedule to advance the case.

Dated: July 16, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Dennis M. Cusack dcusack@fbm.com
Glenn A. Friedman friedman@lbbslaw.com
John D. Green jgreen@fbm.com
Katina Ancar kancar@fbm.com
Kim Suzanne Orbeck courtir@troutmansanders.com
Lewis Kleiman Loss lloss@tljlaw.com
Paul Andre Desrochers desrochers@lbbslaw.com
Robert John Stumpf rstumpf@smrh.com
Terrence Reilly McInnis terrence.mcinnis@troutmansanders.com

**Dated: July 16, 2010**                                            **Richard W. Wieking, Clerk**

                                                                    **By:    /s/ JW Chambers
                                                                            Elizabeth Garcia
                                                                            Courtroom Deputy**