UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENESIS INSURANCE COMPANY,<br><br>Plaintiff and Counter-Defendant,<br><br>v.<br><br>MAGMA DESIGN AUTOMATION, INC.,<br><br><br>Defendant and Counterclaimant. | Case No. 06-5526 JW<br><br>[PROPOSED] ORDER GRANTING REQUEST FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(2) |
| MAGMA DESIGN AUTOMATION, INC.,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, PA, and EXECUTIVE RISK INDEMNITY INC.,<br><br>Third-Party Defendants. | |

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

EXECUTIVE RISK INDEMNITY INC.,

    Third-Party Counterclaimant,

        v.

MAGMA DESIGN AUTOMATION, INC.,

    Third-Party Counter-Defendant.

Having reviewed Third-Party Plaintiff Magma Design Automation, Inc.'s ("Magma") and Third-Party Counterclaimant Executive Risk Indemnity Inc.'s ("ERII") Joint Request for Dismissal Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, for good cause shown, the Court hereby DISMISSES, with prejudice, (1) the Third-Party Complaint filed by Magma (doc. 11) as to ERII only, and (2) the Third-Party Counterclaim filed by ERII against Magma (doc. 26), each side to bear its own fees and costs. Magma's Third-Party Complaint against defendant National Union Fire Insurance Company of Pittsburg, Pa. is not hereby dismissed.

**IT IS SO ORDERED**.

Dated: __September 17__, 2010

_____
Hon. James Ware
United States District Judge