1  THOMPSON, LOSS & JUDGE, LLP
   LEWIS K. LOSS (admitted pro hac vice)
2  JEREMY S. SIMON (admitted pro hac vice)
   Two Lafayette Centre
3  1133 21st Street, N.W., Suite 450
   Washington, D.C. 20036
4  Telephone: (202) 778-4060
   Facsimile:  (202) 778-4099
5  E-mail: lloss@tljlaw.com and jsimon@tljlaw.com

6  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
7      Including Professional Corporations
   ROBERT J. STUMPF, JR., Cal. Bar No. 72851
8  Four Embarcadero Center, 17th Floor
   San Francisco, CA  94111
9  Telephone: (415) 434-9100
   Facsimile:  (415) 434-3947
10 E-mail: rstumpf@sheppardmullin.com

11 Attorneys for Plaintiff and Counterclaim Defendant
   Genesis Insurance Company

**DENIED**
*James Ware*
Judge James Ware
11/2/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Genesis Insurance Company, | Case No. 06-5526 JW |
| Plaintiff and Counterclaim Defendant, | |
| v. | STIPULATED REQUEST FOR AN ORDER EXTENDING DATE TO FILE REPLY BRIEFS |
| Magma Design Automation, Inc., | |
| Defendant and Counterclaimant, | [PROPOSED] ORDER EXTENDING DATE TO FILE REPLY BRIEFS |
| Magma Design Automation, Inc. | |
| Counterclaimant and Third-Party Plaintiff, | |
| v. | |
| National Union Fire Insurance Company of Pittsburgh, PA and Executive Risk Indemnity, Inc., | |
| Third-Party Defendants. | |

-1-

1  In its Scheduling Order dated August 18, 2010, the Court set December 13, 2010, at
2  9:00 o'clock a.m. for hearing all post-remand motions and post-amended pleadings
3  motions. Under applicable rules, the parties' respective reply briefs would be due on
4  November 29, 2010, the Monday after Thanksgiving. The parties would prefer their
5  replies be due one week later on **December 6, 2010**, and that the hearing go forward on
6  **December 13, 2010**, or as soon thereafter as the Court may be available.

7  Accordingly, subject to the approval of the Court, IT IS HEREBY STIPULATED
8  by and among the undersigned counsel on behalf of their respective clients that the parties
9  shall file their respective reply briefs in connection with all post-remand motions and post-
10  amended pleadings motions on or before **December 6, 2010**.

12  Dated: October 26, 2010        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

14        By    /s/    Robert J. Stumpf, Jr.
15              ROBERT J. STUMPF, JR. (Cal. Bar No. 72851)
                Four Embarcadero Center, 17th Floor
16              San Francisco, CA  94111
                Telephone:  (415) 434-9100
17              Facsimile:   (415) 434-3947
                E-mail:  rstumpf@sheppardmullin.com

18                              AND

19              THOMPSON, LOSS & JUDGE, LLP
                LEWIS K. LOSS (admitted pro hac vice)
20              JEREMY S. SIMON (admitted pro hac vice)
                Two Lafayette Centre
21              1133 21st Street, N.W., Suite 450
                Washington, D.C. 20036
22              Telephone:  (202) 778-4060
                Facsimile:   (202) 778-4099
23              E-mail:  lloss@tljlaw.com and jsimon@tljlaw.com

24              Attorneys for Plaintiff and Counterclaim Defendant
25                        GENESIS INSURANCE COMPANY

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 26, 2010 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 3 | | |
| 4 | | By  /s/   Paul A. Desrochers |
| 5 | | GLENN A. FRIEDMAN (SBN 104442)<br>PAUL A. DESROCHERS (SBN 214855) |
| 6 | | One Sansome Street, Suite 1400<br>San Francisco, CA 94104-4448 |
| 7 | | Telephone: (415) 438-6615<br>Facsimile:  (415) 434.0882 |
| 8 | | E-mail: desrochers@lbbslaw.com |
| 9 | | Attorneys for<br>Defendant and Counter/Cross Defendant |
| 10 | | NATIONAL UNION FIRE INSURANCE |
| 11 | | COMPANY OF PITTSBURGH, PA. |
| 12 | | |
| 13 | Dated: October 26, 2010 | FARELLA BRAUN + MARTEL LLP |
| 14 | | |
| 15 | | By  /s/   Dennis M. Cusack |
| 16 | | JOHN D. GREEN (State Bar No. 121498)<br>DENNIS M. CUSACK (State Bar No. 124988) |
| 17 | | 235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104 |
| 18 | | Telephone: (415) 954-4400<br>Facsimile:  (415) 954-4480 |
| | | E-mail: dcusack@fbm.com |
| 19 | | |
| 20 | | Attorneys for<br>Defendant and Counterclaimant |
| 21 | | MAGMA DESIGN AUTOMATION, INC. |

**[PROPOSED] ORDER EXTENDING TIME TO FILE REPLY BRIEFS**

Pursuant to the foregoing Stipulation, the Court hereby orders that the parties shall file their respective reply briefs in connection with all post-remand motions and post-amended pleadings motions **remain due on November 29, 2010.**

Dated: November 2, 2010          By _____
                                  Hon. James Ware
                                  United States District Judge