IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENESIS INSURANCE COMPANY, | CASE NO. 5:06-cv-05526 EJD |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| MAGMA DESIGN AUTOMATION, INC., et. al., | |
| Defendant(s). | |

Due to the court furlough, the Case Management Conference scheduled for May 3, 2013, is CONTINUED to **May 24, 2013, at 10:00 a.m.**

**IT IS SO ORDERED.**

Dated:  May 1, 2013

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:06-cv-05526 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE