| | |
|---|---|
| 1 | Dennis M. Cusack (State Bar No. 124988) |
|   | dcusack@fbm.com |
| 2 | Farella Braun & Martel LLP |
|   | 235 Montgomery Street, 17th Floor |
| 3 | San Francisco, CA  94104 |
|   | Telephone:  (415) 954-4400 |
| 4 | Facsimile:  (415) 954-4480 |

**IT IS SO ORDERED**
*Judge Edward J. Davila*
8/6/2014

Attorneys for Defendant, Counterclaimant and Crossclaimant MAGMA DESIGN AUTOMATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENESIS INSURANCE COMPANY, | Case No. C06 5526 EJD |
| Plaintiff, | **STIPULATION AND ORDER DISMISSING COUNTERCLAIMS WITH PREJUDICE** |
| vs. | |
| MAGMA DESIGN AUTOMATION, INC., and NATIONAL UNION FIRE INSURANCE COMPANY, | |
| Defendants. | |
| MAGMA DESIGN AUTOMATION, INC., | |
| Counter/Crossclaimant, | |
| vs. | |
| GENESIS INSURANCE COMPANY, and NATIONAL UNION FIRE INSURANCE COMPANY, | |
| Counter/Cross Defendants, | |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND ORDER DISMISSING COUNTERCLAIMS WITH PREJUDICE – Case No. C06 5526 EJD

16878\4503104.1

1  Defendant and cross-claimant Magma Design Automation, Inc. ("Magma") and
2  Defendant and cross-defendant National Union Fire Insurance Company of Pittsburgh, Pa
3  ("National Union"), by and through their attorneys, hereby stipulate and agree as follows:

4
5  On July 9, 2014, Magma filed its Answer to Second Amended Complaint, and Second
6  Amended Counterclaim and Crossclaim;

7  On July 28, 2014, National Union filed its Answer to Magma's Second Amended Cross-
8  claim against National Union and in addition filed cross-claims against Magma for Declaratory
9  Relief and for Intentional Misrepresentation and Concealment;

10
11  National Union and Magma now agree that National Union's cross-claims against Magma
12  for Declaratory Relief and for Intentional Misrepresentation and Concealment are dismissed with
13  prejudice.

14

15  DATED: August 5, 2014                    FARELLA BRAUN & MARTEL LLP
16
17                                           By:  _____/s/_____
                                                  Dennis M. Cusack
18
19                                           Attorneys for Defendant, Counterclaimant
                                             and Crossclaimant MAGMA DESIGN
20                                           AUTOMATION, INC.

21  DATED: August 5, 2014                    LEWIS BRISBOIS BISGAARD & SMITH
                                             LLP
22
23
24                                           By:  _____/s/_____
                                                  Paul A. Desrochers
25
                                             Attorneys for Defendant, Cross-Defendant
26                                           and Cross-claimant NATIONAL UNION
                                             FIRE INSURANCE COMPANY OF
27                                           PITTSBURGH, PA
28

STIPULATION AND ORDER
DISMISSING COUNTERCLAIMS WITH
PREJUDICE – Case No. C06 5526 JW