1  TERRENCE R. McINNIS (#155416)
   terrence.mcinnis@troutmansanders.com
2  THOMAS H. PROUTY (#238950)
   thomas.prouty@troutmansanders.com
3  TROUTMAN SANDERS LLP
   5 Park Plaza, Suite 1400
4  Irvine, CA 92614-2545
   Telephone:   949.622.2700
5  Facsimile:   949.622.2739

6  *Attorneys for Third Party Defendant*
   *EXECUTIVE RISK INDEMNITY, INC.*

**IT IS SO ORDERED**
Judge Edward J. Davila
DATED: 9/3/2014

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENESIS INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>       v.<br><br>MAGMA DESIGN AUTOMATION, INC., et al.<br><br>              Defendants. | Case No.  5:06-cv-05526-EJD<br><br>Hon. Edward J. Davila<br><br>**STIPULATION EXTENDING TIME FOR THIRD PARTY DEFENDANT EXECUTIVE RISK INDEMNITY, INC. TO FILE INITIAL RESPONSE TO NATIONAL UNION'S THIRD PARTY COMPLAINT**<br><br>[Local Rule 6-1(a)] |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,<br><br>              Third Party Plaintiff,<br><br>       v.<br><br>EXECUTIVE RISK INDEMNITY, INC.,<br><br>              Third Party Defendant. | |
| AND RELATED COUNTERCLAIMS, CROSSCLAIMS AND THIRD-PARTY ACTIONS. | |

22984034v1

Pursuant to Local Rule 6-1(a), Third Party Plaintiff National Union Fire Insurance Company of Pittsburgh, P.A. ("National Union") and Third Party Defendant Executive Risk Indemnity, Inc. ("ERII") (collectively with National Union, the "Parties"), by and through their respective counsel, hereby stipulate and agree to extend the time for ERII to answer or otherwise respond to National Union's Amended Third-Party Complaint (Dkt. 264) as follows:

On August 4, 2014, National Union filed its original Third Party Complaint naming ERII;

On August 18, 2014, National Union filed its operative Amended Third Party Complaint against ERII, and subsequently served ERII, making ERII's initial response due on September 2, 2014;

ERII's counsel has requested, and National Union's counsel has agreed to a fourteen (14) day extension of time for ERII to file its initial response to National Union's operative Third Party Complaint, making ERII's response due on September 16, 2014;

The Parties believe that extending the newly added ERII's deadline to file its initial response will not alter the date of any event or any deadline already fixed by Court order or otherwise have a negative effect on the future scheduling in this action;

THEREFORE, IT IS HEREBY STIPULATED by and between the Parties' undersigned counsel that ERII shall file its initial response to National Union's operative Third Party Complaint on or before September 16, 2014.

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

22984034v1

- 1 -

STIPULATION EXTENDING TIME FOR THIRD PARTY DEFENDANT EXECUTIVE RISK INDEMNITY, INC. TO FILE INITIAL RESPONSE TO NATIONAL UNION'S THIRD PARTY COMPLAINT; CASE NO. 5:06-CV-05526-EJD

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: August 29, 2014 | TROUTMAN SANDERS LLP |
|   | By: */s/ Thomas H Prouty* |
|   |      Terrence R. McInnis |
|   |      Thomas H. Prouty |
|   | *Attorneys for Third Party Defendant EXECUTIVE RISK INDEMNITY, INC.* |
|   | *Pursuant to Local Rule 5-1(i)(3), Thomas H. Prouty hereby attests to the concurrence of the filing of this document has been obtained from each of the other signatories, which shall serve in lieu of their signatures.* |
| Dated: August 29, 2014 | LEWIS BRISBOIS BISGAAARD & SMITH LLP |
|   | By: */s/ Paul A. Desrochers* |
|   |      Michael K. Johnson |
|   |      Paul A. Desrochers |
|   | *Attorneys for Third Party Plaintiff NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA* |

TROUTMAN SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

22984034v1

- 2 -

STIPULATION EXTENDING TIME FOR THIRD PARTY DEFENDANT EXECUTIVE RISK INDEMNITY, INC. TO FILE INITIAL RESPONSE TO NATIONAL UNION'S THIRD PARTY COMPLAINT; CASE NO. 5:06-CV-05526-EJD