UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENESIS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MAGMA DESIGN AUTOMATION, INC.,<br><br>Defendant. | Case No. 5:06-cv-05526 EJD<br><br>**ORDER RE: COMPLIANCE WITH SUMMARY JUDGMENT PROVISIONS OF STANDING ORDER**<br><br>Re: Dkt. No. 275 |

On January 8, 2015, Plaintiff Genesis Insurance Company filed a Motion for Summary Judgment (Docket Item No. 275) which does not comply with all relevant provisions of the undersigned's Standing Order for Civil Cases. See Standing Order, § I ("All motions filed after January 1, 2015, must conform to this Order."); § IV.  Since the motion was filed only 35 days before reserved hearing date, Plaintiff is notified that the motion will be terminated unless its deficiencies are resolved by **5:00 p.m. on January 9, 2015.**

**IT IS SO ORDERED.**

Dated: January 8, 2015

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:06-cv-05526 EJD
ORDER RE: COMPLIANCE WITH SUMMARY JUDGMENT PROVISIONS OF STANDING ORDER