United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GENESIS INSURANCE COMPANY,

      Plaintiff,

   v.

MAGMA DESIGN AUTOMATION, INC.,
and NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURGH, PA,

      Defendants.

AND RELATED COUNTERCLAIMS,
CROSSCLAIMS, AND THIRD-PARTY
ACTIONS.

Case No.  5:06-cv-05526-EJD

**ORDER CONTINUING CASE
MANAGEMENT CONFERENCE**

Re: Dkt. No. 311

Having reviewed the parties' Joint Case Management Conference Statement (Docket Item No. 311), the court orders as follows:

1.      Pursuant to Federal Rule of Civil Procedure 54(b), the court will enter final judgment in favor of Genesis Insurance Company ("Genesis") and Magma Design Automation, Inc. ("Magma") because the court finds there is no just reason for delay.  Genesis shall file a proposed judgment on or before **September 9, 2015** that is consistent with this court's Order Granting Genesis's Motion for Partial Summary Judgment; Granting in Part and Denying in Part Magma's Motion for Partial Summary Judgment, that was issued on July 8, 2015 ("July 8 Order") (Docket Item No. 313).

2.      Magma shall be permitted to complete discovery on its third cause of action for breach of contract against National Union Fire Insurance Company of Pittsburgh, PA ("National

1   Union"), and its fourth cause of action for breach of the implied covenant against National Union.

2   Accordingly, the stay on discovery as it pertains only to these causes of action is DISSOLVED.

3          3.      With the exception of Magma's third and fourth causes of action, all other pending

4   causes of action asserted by all other parties are STAYED pending resolution of the appeal of this

5   court's July 8 Order, or until further order of the court.

6          4.      The Case Management Conference scheduled for September 3, 2015, is

7   CONTINUED to **10:00 a.m. on February 11, 2016**.  The parties shall file an updated Joint Case

8   Management Conference Statement on or before **February 4, 2016**.

9

10          **IT IS SO ORDERED.**

11   Dated: September 1, 2015

12   

13   _____
     EDWARD J. DAVILA
     United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: 5:06-cv-05526-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

United States District Court
Northern District of California