UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENESIS INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAGMA DESIGN AUTOMATION, INC.,<br><br>　　　　　Defendant. | Case No.   5:06-cv-05526-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Conference Statement (Dkt. No. 335), the court has determined that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for February 11, 2016, is VACATED.

**IT IS SO ORDERED.**

Dated:  February 9, 2016

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　　United States District Judge