Dennis M. Cusack (State Bar No. 124988)
dcusack@fbm.com
Shea J. Kenny (State Bar No. 305068)
skenny@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Defendant, Counterclaimant and
Crossclaimant MAGMA DESIGN AUTOMATION,
INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| GENESIS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MAGMA DESIGN AUTOMATION, INC., and NATIONAL UNION FIRE INSURANCE COMPANY,<br><br>Defendants. | Case No. C06 5526 JW<br><br>**MAGMA DESIGN AUTOMATION, INC.'S COMBINED ADMINISTRATIVE MOTION FOR RELIEF FROM SEPARATE STATEMENT PAGE LIMITS AND OPPOSITION TO NATIONAL UNION'S MOTION TO STRIKE MAGMA'S RESPONSE TO NATIONAL UNION'S SEPARATE STATEMENT**<br><br>Date:      June 9, 2016<br>Time:     9:00 a.m.<br>Crtrm.:   8, 4th Floor<br>Judge:    Hon. Edward J. Davila |
| AND ALL RELATED COUNTER-CLAIMS, CROSS-CLAIMS, AND THIRD PARTY COMPLAINTS. | |

## I.  <u>INTRODUCTION</u>

Pursuant to Civil Local Rule 7-11, Magma Design Automation, Inc. ("Magma") hereby moves for administrative relief from the responsive separate statement page limits of Section IV.B.2 of the Court's Standing Order for Civil Cases.  National Union Fire Insurance Company ("National Union") moved for summary judgment of Magma's bad faith claim.  Magma's Response to National Union's Separate Statement of Material Facts and Magma's Additional

1   Material Facts in Opposition to Summary Judgment Motion ("Responsive Separate Statement")

2   [Dkt. No. 341] exceeded the Court's page limit because National Union's motion misstated –

3   actually completely ignored -- the factual basis for Magma's bad faith claim.

4          As filed, Magma's Responsive Separate Statement added eleven pages to National

5   Union's Separate Statement, six pages more than the limit.  Magma learned that it had not

6   complied with the Court's rule when National Union filed its Reply to, Objection and Motion to

7   Strike Magma's Responsive Separate Statement.  But for counsel's oversight, Magma would have

8   sought relief from the page limits in advance of filing its Responsive Separate Statement.  Magma

9   therefore now respectfully requests leave to exceed the page limit for its Responsive Separate

10   Statement and requests that the Court deny National Union's Motion to Strike.

11          For the same reasons, Magma opposes National Union's Reply to, Objection and Motion

12   to Strike Magma's Response to National Union's Separate Statement in Support of Motion for

13   Summary Judgment [Dkt. No. 344] filed with the Court March 8, 2016.

14   **II.**    <u>**ARGUMENT**</u>

15          Magma's Responsive Separate Statement exceeds the page limits because National

16   Union's Motion did not address the facts material to Magma's bad faith claim.  As set forth in

17   Magma's Opposition brief, National Union's motion only addressed National Union's conduct

18   *prior* to the First Appeal in this matter.  It argued that these facts presented a "genuine dispute" as

19   to coverage.  But those facts are not the subject of Magma's bad faith claim.

20          Magma's claim is premised instead on National Union's conduct over almost six years

21   *after* the First Appeal, facts which National Union ignored.  Magma was obliged to oppose the

22   motion by supplying the Court with an accurate presentation of Magma's bad faith claim and the

23   record that supports it.  Had National Union attempted to present an accurate record of facts

24   material to the bad faith claim Magma actually pleaded, Magma would not have needed to

25   introduce so many additional facts in order to demonstrate triable issues of fact.  It would be

26   unfair to tie Magma's hands because National Union framed its summary judgment motion in

27   such a misleading fashion.

28          Magma therefore respectfully requests that the Court retroactively grant it administrative

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

MAGMA'S ADMINISTRATIVE MOTION FOR
LEAVE TO EXCEED PAGE LIMITATION

- 2 -

16878\5389935.1

1   relief from the page limits and deem its Responsive Separate Statement appropriately filed.

2   Alternatively, Magma requests that the Court permit it to file a replacement Responsive Separate

3   Statement that comports with the five-page limitation of the Court's Standing Order.

4          Magma was unable to obtain a stipulation regarding the relief requested in this Motion.

5   *See* Declaration of Dennis M. Cusack (attached as Exhibit 1).

6          A Proposed Order is attached.

7   **III.    CONCLUSION**

8          For the reasons stated above, Magma respectfully requests that the Court grant its Motion

9   for relief from the page limits and deny in all aspects National Union's motion to strike Magma's

10  Responsive Separate Statement.

11

12  Dated: April 25, 2016                            FARELLA BRAUN & MARTEL LLP

13

14                                                   By: /s/Dennis M. Cusack
                                                          Dennis M. Cusack

15                                                   Attorneys for Defendant, Counterclaimant and
                                                     Crossclaimant MAGMA DESIGN
16                                                   AUTOMATION, INC.

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

MAGMA'S ADMINISTRATIVE MOTION FOR
LEAVE TO EXCEED PAGE LIMITATION                  - 3 -                                16878\5389935.1