UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENESIS INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>MAGMA DESIGN AUTOMATION, INC.,<br><br>Defendant. | Case No. 5:06-cv-05526-EJD<br><br>**ORDER RE: MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**<br><br>Re: Dkt. No. 351 |

Pursuant to Civil Local Rule 72-2, any written opposition to Magma Design Automation, Inc.'s Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge (Dkt. No. 351), shall be filed on or before **July 12, 2016.** The opposition brief shall not exceed five pages in length. No reply brief shall be filed or considered. The motion will then be deemed submitted for decision and the court will issue an order based on the pleadings.

**IT IS SO ORDERED.**

Dated: June 28, 2016

EDWARD J. DAVILA
United States District Judge