Dennis M. Cusack (State Bar No. 124988)
dcusack@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Attorneys for Defendant, Counterclaimant and
Crossclaimant MAGMA DESIGN AUTOMATION, INC.

**GRANTED**
Judge Edward J. Davila
9/13/2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GENESIS INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>    vs.<br><br>MAGMA DESIGN AUTOMATION, INC., and NATIONAL UNION FIRE INSURANCE COMPANY,<br><br>                    Defendants. | Case No. 5:06-cv-5526 EJD<br><br>**STIPULATION AND ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| MAGMA DESIGN AUTOMATION, INC.,<br><br>                    Counter/Crossclaimant,<br><br>    vs.<br><br>GENESIS INSURANCE COMPANY, and NATIONAL UNION FIRE INSURANCE COMPANY,<br><br>                    Counter/Cross Defendants, | |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND ORDER
RESCHEDULING CASE MANAGEMENT
CONFERENCE – Case No. C06 5526 EJD

- 1 -

16878\6205670.1

1  Defendant and cross-claimant Magma Design Automation, Inc. ("Magma") and Defendant

2 and cross-defendant National Union Fire Insurance Company of Pittsburgh, Pa. ("National

3 Union"), by and through their attorneys, hereby stipulate and agree as follows:

4  By Order dated August 22, 2017 (Docket #368), this Court continued the Case

5 Management Conference to October 19, 2017 at 10:00 a.m.;

6  Due to a scheduling conflict for Magma's attorney, Magma has requested that the Case

7 Management Conference be further continued to October 26, 2017 at 10:00 a.m.;

8  National Union does not oppose the rescheduling of the Case Management Conference;

9  National Union and Magma now agree that the Case Management Conference previously

10 scheduled for October 19, 2017 shall be rescheduled to October 26, 2017 at 10:00 a.m.

11 DATED: September 12, 2017                FARELLA BRAUN & MARTEL LLP

13                                          By:            /s/
                                                  Dennis M. Cusack

15                                          Attorneys for Defendant, Counterclaimant
                                            and Crossclaimant MAGMA DESIGN
                                            AUTOMATION, INC.

17 DATED: September 12, 2017                LEWIS BRISBOIS BISGAARD & SMITH LLP

20                                          By:            /s/
                                                  Michael K. Johnson

21                                          Attorneys for Defendant, Cross-Defendant
                                            and Cross-claimant NATIONAL UNION
                                            FIRE INSURANCE COMPANY OF
                                            PITTSBURGH, PA.

26 It is so ordered.                        Hon. Edward J. Davila
                                            United States District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
(415) 954-4400

STIPULATION AND ORDER
RESCHEDULING CASE MANAGEMENT - 2 -
CONFERENCE – Case No. C06 5526 EJD

16878\6205670.1