LOSS, JUDGE & WARD, LLP
LEWIS K. LOSS (admitted pro hac vice)
Hamilton Square
600 14th Street, N.W., Suite 450
Washington, D.C. 20005
Telephone: (202) 778-4060
Facsimile: (202) 778-4099
E-mail: lloss@ljwllp.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ROBERT J. STUMPF, JR., Cal. Bar No. 72851
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
E-mail: rstumpf@sheppardmullin.com

Attorneys for Plaintiff and Counterclaim Defendant
Genesis Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Genesis Insurance Company,<br><br>    Plaintiff,<br><br>    v.<br><br>Magma Design Automation, Inc., and National Union Fire Insurance Company of Pittsburgh, PA,<br><br>    Defendants. | Case No. 06-5526 EJD<br><br>[PROPOSED] ORDER GRANTING UNOPPOSED MOTION OF GENESIS INSURANCE COMPANY TO ALTER OR AMEND ORDER |
| AND RELATED COUNTERCLAIMS, CROSSCLAIMS, AND THIRD-PARTY ACTIONS. | |

1       This matter coming before the Court on the Unopposed Motion of Genesis Insurance
2   Company to Alter or Amend Order (the "Motion"), the Court having reviewed the Motion and
3   having been fully apprised,
4       IT IS HEREBY ORDERED that the Motion is GRANTED.
5       The Order Granting Motion for Summary Judgment entered in this action on October 16,
6   2017 (Dkt. No. 375 (the "Order")) contains the following sentence: "The Ninth Circuit held the
7   Synopsys action did trigger Genesis' first-layer excess coverage as a notice of circumstances and
8   remanded for further proceedings." (Order at 3, lns. 10–11). This sentence is factually incorrect
9   and is hereby revised to read as follows: "The Ninth Circuit held the Synopsys action did not
10  trigger Genesis' first-layer excess coverage as a notice of circumstances and remanded for further
11  proceedings."  The court thanks the parties for advising of this clerical error in the order.
    Fed R. Civ. P. 60(a).

13  **IT IS SO ORDERED.**
14  Dated: October 19, 2017

16  EDWARD J. DAVILA
    United States District Judge

28  SMRH:484442186.1     2

CASE NO. 06-5526: